**Lakira D. WYATT, Respondent,**

v.

**Asahn J. WYATT, Appellant.**

**WD 80479**

Missouri Court of Appeals, Western District.

ORDER FILED: October 31, 2017

Marcus L. McLaughlin, Kansas City, KS, Attorney for Respondent.

Asahn J. Wyatt, Kansas City, MO, Appellant, pro se.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Gary D. Witt and Edward R. Ardini, Jr., Judges

**Order**

Per Curiam:

Mr. Asahn J. Wyatt appeals from the Judgment of the Circuit Court of Jackson County, Missouri, Family Court Division, modifying child custody. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).